<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

In Re: Appeal of Dogwood Drive, L.P.　　:
from the April 17, 2020 Decision　　　　 :
of the Lower Makefield Township　　　　 :　　　No. 373 C.D. 2021
Board of Supervisors　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　 :
Appeal of: Dogwood Drive, L.P.　　　　　:

**PER CURIAM**　　　　　　　　　　**O R D E R**

　　　　NOW, June 16, 2022, having considered Appellant's application for reargument, the application is denied.